Thank you for your support. I'm Paul Sheehan, Architect of the Nation of Spain. I'm the Congressman of Trade Unions in the United States of America. We've taken a look at customary property standards, reversed the existing California Union and New York Union, and created the New York City version of it, which inspires me to move on to the New York City version of the New York City Union. I'm going to talk a little bit about the
judges: Silverman, Fisher, Tallman